**Ivan DIZDAR, Appellant,**

v.

**CITY OF ST. LOUIS, Respondent.**

**No. ED 93721.**

Missouri Court of Appeals,
Eastern District,
Division Three.

Aug. 31, 2010.

Thomas A. Connelly, St. Louis, MO, for appellant.

Christine Hodzic, St. Louis, MO, for respondent.

Before SHERRI B. SULLIVAN, P.J., CLIFFORD H. AHRENS, J., and LAWRENCE E. MOONEY, J.

### ORDER

PER CURIAM.

Ivan Dizdar appeals from the trial court's judgment in this action for tortious injury to a structure. An opinion would have no precedential value. We have furnished the parties with a memorandum, for their information only, explaining the reasons for our decision. We affirm. Rule 84.16(b)(1).

**Darryl K. NELSON, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 93053.**

Missouri Court of Appeals,
Eastern District,
Division Two.

Aug. 31, 2010.

Margaret M. Johnston, Columbia, MO, for Appellant.

Chris Koster, Attorney General, Richard A. Starnes, Assistant Attorney General, Jefferson City, MO, for Respondent.

Before ROY L. RICHTER, C.J., GLENN A. NORTON, J. and GEORGE W. DRAPER, III, J.

### ORDER

PER CURIAM.

Darryl K. Nelson appeals the judgment denying his Rule 29.15 motion for post-conviction relief following an evidentiary hearing. We find the motion court's findings of fact and conclusions of law are not clearly erroneous. An extended opinion would have no precedential value. We have, however, provided the parties a memorandum setting forth the reasons for our decision. We affirm the judgment under Rule 84.16(b).